ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19 12:14:18
60CV-17-3097
C06D09 : 13 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### _____ DIVISION

**DARRYL LUNON**                                                    **PLAINTIFF**

v.                                    **Case No. _____**

**CHRISTOPHER VANCE; DELORIS LOVELL;**                             **DEFENDANTS**
**PULASKI COUNTY; PULASKI COUNTY**
**SANITATION & ANIMAL SERVICES; KATHY**
**BOTSFORD, in her official capacity as Director of**
**PULASKI COUNTY SANITATION & ANIMAL**
**SERVICES; JONATHAN DUPREE, in his official**
**capacity as an employee of PULASKI COUNTY**
**SANITATION & ANIMAL SERVICES; JANE**
**DOES 1-10, in his or her official capacity as**
**employees of PULASKI COUNTY SANITATION &**
**ANIMAL SERVICES; NORTH LITTLE ROCK,**
**NORTH LITTLE ROCK ANIMAL CONTROL;**
**DAVID N. MILES, III, in his official capacity as**
**Director of NORTH LITTLE ROCK ANIMAL**
**CONTROL; JOHN DOES 1-10, in his or her official**
**capacity as employees of NORTH LITTLE ROCK**
**ANIMAL CONTROL.**

### COMPLAINT

Comes now, Darryl Lunon, Plaintiff, by and through his attorney of record, Kenya

G. Davenport, Esq., and for his Complaint against Christopher Vance; Deloris Lovell for

replevin, and Pulaski County; Pulaski County Sanitation & Animal Services; Kathy

Botsford, in her official capacity as Director of Pulaski County Sanitation & Animal

Services; Jonathan Dupree, in his official capacity as an employee of Pulaski County

Sanitation & Animal Services; Jane Does 1-10, in his or her official capacity as

employees of Pulaski County Sanitation & Animal Services; North Little Rock, North

Little Rock Animal Control; David N. Miles, III, in his official capacity as Director of

North Little Rock Animal Control; John Does 1-10, in his or her official capacity as

employees of North Little Rock Animal Control (collectively referred to herein after as the "Government Defendants") for damages does here by state as follows.

## JURISDICTION

1.      Plaintiff Darryl Lunon is a resident of Pulaski County, Arkansas.

2.      Defendant Christopher Vance is a resident of Pulaski County, Arkansas.

3.      Defendant Deloris Lovell is a resident of Pulaski County, Arkansas

4.      Defendant Pulaski County is a county existing under the laws of the state of Arkansas.

5.      Defendant Pulaski County Sanitation & Animal Services is a political subdivision of Pulaski County, Arkansas.

6.      Defendant Kathy Botsford is the Director of Pulaski County Sanitation & Animal Services, and is sued herein in her official capacity only.

7.      Defendant Jonathan Dupree, is an animal control officer employed by Pulaski County Sanitation & Animal Services and is sued herein in his official capacity only.

8.      Jane Does 1-10, are employees of the Pulaski County Sanitation & Animal Services, and are sued herein in his or her official capacity only.

9.      Defendant North Little Rock is a municipal corporation existing under the laws of the state of Arkansas.

10.     Defendant North Little Rock Animal Control is a political subdivision of the municipal corporation of North Little Rock, Pulaski County, Arkansas.

11.     Defendant David N. Miles, III is the Director of the North Little Rock Animal Control and is sued herein in his official capacity only.

2

12.     John Does 1-10, are employees of the North Little Rock Animal Control, and are sued herein in his or her official capacity only.

13.     The events, transactions, and occurrences that are the subject matter of this action took place in Pulaski County, Arkansas and the personal property subject to Plaintiff's claim for replevin is, upon information and belief, in Pulaski County, Arkansas.

14.     This Court has personal and subject matter jurisdiction pursuant to Ark. Code Ann. § 16-4-101, and § 16-13-201, respectively.

FACTS

15.     On April 11, 2016, Bibi Von Sonnenberg (hereinafter, "Bibi") was born to sire Enxo Vom Spitzenhund and dam Alexis Von Nordstern Hof. *See*, Exhibit 1 (AKC Registration Certificate). Bibi is a bi-color, purebred, female, German Shepard Dog with certified pedigree. Bibi is registered with the American Kennel Club under number DN45569504. *See*, Exhibit 1.

16.     Plaintiff is a dog breeder and is the sole proprietor of Lunon Haus Kennels. With the intent to breed German Shepherd Dogs, Plaintiff purchased Bibi from her breeder, Karon Melillo Devega for the sum of $2,300.00 on May 24, 2016. *See*, Exhibit 2 (Sales & Warranty Contract). Since said date, Plaintiff has been the record owner of Bibi, and remains so to this date.

17.     Bibi has been outfitted with three (3) identification mechanisms. First, Bibi has been tattooed in her right ear with an identifying number that can be searched through the American Kennel Club. *See*, Exhibit 2. Second, Bibi was microchipped via HomeAgain Scans and assigned a permanent ID number 985112007347173 at or

3

approximately after birth by her then breeder, Karon Melillo Devag. *See*, Exhibit 3. Third, consistent with Pulaski County Municipal Code, Ark. 3, § 6-23-81(b), Bibi has a red dog collar with a securely fastened metal plate that is legibly inscribed with her name and Plaintiff's phone number.

18.     Plaintiff maintained possession of Bibi on his property, which includes a sprawling backyard. On February 14, 2017, Bibi escaped Plaintiff's backyard. Plaintiff immediately began to search for Bibi, but was unsuccessful on that date.

19.     On February 15, 2017, Bibi was discovered in the garage of Will Quinn. Quinn's property is located at 13 Mason Ridge Road, Little Rock, Arkansas 72206. On that date at approximately 12:33 p.m., Quinn contacted Pulaski County Sheriff's Department and reported Bibi on his property. *See*, Exhibit 4 (Pulaski Co. Sheriff's Office Report). As a result, Defendant Jonathan Dupree of Pulaski County Sanitation & Animal Services was dispatched to Quinn's property at approximately 12:36 p.m. *Id.*

20.     On February 15, 2017 at approximately 1:07 p.m., Defendant Dupree apprehended Bibi for impoundment at North Little Rock Animal Control. *Id.* Before leaving the scene at approximately 1:19 p.m., Defendant Dupree told Quinn that Bibi was a valuable dog and that he wanted to adopt the dog. At all times, Bibi was wearing his collar clearly identifying that Bibi had an owner and clearly stating contact information for Bibi's owner. Defendant Dupree, without justification, failed to adhere to Pulaski County Municipal Code, Art. 4, § 6-23-81, which states in relevant part that all animal control officers must within at least forty-eight (48) hours of apprehension notify the owner that the animal has been impounded.

4

21.    When Bibi arrived at North Little Rock Animal Control she was wearing her red collar with her name and Plaintiff's phone number clearly printed on the metal tag. *See*, Exhibit 5 (North Little Rock Kennel Card).  Defendant Dupree has never contacted Plaintiff about the apprehension of his German Shepherd Dog, Bibi.

22.    Though required by Pulaski County Ordinance, to date, Directors Kathy Botsford and David N. Miles, III have made no attempts to contact Plaintiff notifying him that Bibi had been impounded.  To date, no agent or animal control office under the direction of Kathy Botsford and/or David N. Miles, III have made any attempt to contact Plaintiff notifying him that Bibi had been impounded.

23.    Despite the fact that Bibi was at all times easily identifiable (he was wearing a collar, was tattoo in his right ear, and was microchipped) as being the property of Plaintiff; despite the fact that Pulaski County Sanitation & Animal Control and North Little Rock Animal Control utterly failed to comply with Pulaski County Ordinances; and despite the fact that Pulaski County Sanitation & Animal Control and North Little Rock Animal Control utterly failed to contact the rightful owner of Bibi, North Little Rock Animal Control allowed Defendant Christopher Vance to "adopt" Bibi  on February 24, 2017. *See*, Exhibit 6 (Pet Adoption Contract).

24.    To the great detriment of Plaintiff, on February 28, 2017, at the direction of the North Little Rock Animal Control, Dr. Mikki Travis, DVM spayed Bibi.  *See*, Exhibit 7 (Proof of Sterilization).  In effect, any economic value of Bibi was destroyed by this sterilization.

25.    Since her escape, Plaintiff has diligently searched for Bibi.  When an immediate search did not recover Bibi, Plaintiff posted signs offering a reward for the

return of Bibi.  *See*, Exhibit 8 (Lost Dog Sign).  Plaintiff knocked door to door asking for

any information on Bibi.  It was not until March 18, 2017 that Plaintiff got a clue as to

the whereabouts of Bibi.  Finding his contact number on the Lost Dog Sign, Will Quinn

called Plaintiff and told him that Pulaski County Sanitation & Animal Service had taken

Bibi.  Immediately, Plaintiff traveled to Pulaski County Sanitation & Animal Service and

spoke to Fred Gooley.  Fred Goodley called North Little Rock Animal Control to locate

Bibi, but was informed that Bibi had been adopted.  *See*, Exhibit 9 (Pulaski County

Animal Services Incident Report).

26.    After requesting information from North Little Rock Animal Service,

Plaintiff learned that Defendant Christopher Vance had taken Bibi.  Through undersigned

counsel, Plaintiff contacted Defendant Christopher Vance and notified him that Bibi was

his dog and demanded his return.  *See*, Exhibit 10 (Letter to Vance).

27.    Defendant Christopher Vance has refused to return Bibi to Plaintiff.

28.    Recently, Defendant Christopher Vance informed Plaintiff that Defendant

Christopher Vance transferred possession of Bibi to Defendant Delores Lovell.  Upon

information and belief, Defendant Delores Lovell currently has possession of Bibi.

COUNT I – RESPONDEAT SUPERIOR

29.    Plaintiff realleges and reasserts each and every allegation and assertion in

Paragraphs 1 to 28 as if state here word for word.

30.    Defendant David N. Miles, III is the director of the North Little Rock

Animal Shelter and is responsible for the training on and the ensuring of implementation

of all rules, laws, regulations, and ordinances for all animal control officers or other

employees of the North Little Rock Animal Control.

31.     John Does 1-10 were at all relevant times to this action acting within the scope of his or her employment and were subject to the control of Director David N. Miles, III, North Little Rock Animal Control, and North Little Rock.  Therefore, Director David N. Miles, III, North Little Rock Animal Control, and North Little Rock are liable for the negligent actions of John Does 1-10.

32.     John Does 1-10 failed to execute his or her duty under Pulaski County Municipal Code Art. 4, § 6-23-81 and, pursuant to Pulaski County Municipal Code Art. 10, § 6-23-81, are guilty of a petty offense.

33.     Defendant Kathy Botsford is the director of the Pulaski County Sanitation & Animal Services and is responsible for the training on and the ensuring of implementation of all rules, laws, regulations, and ordinances for all animal control officers or other employees of the Pulaski County Sanitation & Animal Services.

34.     Defendant Jonathan Dupree is an animal control officer employed by the Pulaski County Sanitation & Animal Service.  Defendant Dupree was at all time relevant to this action acting within the scope of his employment and was subject to the control of Director Kathy Botsford, Pulaski County Sanitation & Animal Service, and Pulaski County. Therefore, Director Kathy Botsford, Pulaski County Sanitation & Animal Services, and Pulaski County are liable for the negligent actions of Jonathan Dupree.

35.     Defendant Dupree failed to execute his duty under Pulaski County Municipal Code Art. 4, § 6-23-81 and, pursuant to Pulaski County Municipal Code Art. 10, § 6-23-81, is guilty of a petty offense.

36.     Jane Does 1-10 were at all relevant times to this action acting within the scope of his or her employment and were subject to the control of Director Kathy

Botsford, Pulaski County Sanitation & Animal Service, and Pulaski County. Therefore, Director Kathy Botsford, Pulaski County Sanitation & Animal Services, and Pulaski County are liable for the negligent actions of Jane Does 1-10.

37.     Jane Does 1-10 failed to execute his or her duty under Pulaski County Municipal Code Art. 4, § 6-23-81 and, pursuant to Pulaski County Municipal Code Art. 10, § 6-23-81, are guilty of a petty offense.

COUNT II – NEGLIGENCE

38.     Plaintiff realleges and reasserts each and every allegation and assertion in Paragraphs 1 to 37 as if state here word for word.

39.     Each of the Government Defendants had a duty to notify Plaintiff that Bibi was apprehended and impounded within at least 48 hours of apprehension.  Each of the Government Defendants breached this duty by utterly failing to contact or attempt to contact Plaintiff to inform Plaintiff that Bibi had been impounded.

40.     The duty to notify Plaintiff was first upon Defendant Dupree.  Defendant Dupree saw that Bibi was wearing a collar with a metal tag identifying Bibi.  Defendant Dupree failed to call the number clearly printed on the metal tag.

41.     In addition to failing to properly train Defendant Dupree to execute his duty to comply with Pulaski County Municipal Code, Defendants Kathy Botsford and John Does 1-10 failed to execute his or her independent duty to inform Plaintiff that Defendant Dupree apprehended Bibi and transported Bibi to North Little Rock Animal Control.

42.     Even if Defendant Dupree did not see the metal tag, when Bibi was transported to North Little Rock Animal Control, Bibi was, upon information and belief,

evaluated.  A cursory evaluation of Bibi would reveal that Bibi was tattooed in her right ear.  A medical evaluation of Bibi would reveal that Bibi was microchipped.  Defendants David N. Miles, III and Jane Does 1-10 had every opportunity to identify Bibi and find contact information for Plaintiff.  Nonetheless, without justification, Defendants David N. Miles, III and Jane Does 1-10 failed to notify Plaintiff within 48 hours of apprehension or at any other time.

43.     On February 24, 2017, Director Miles and Jane Does 1-10 negligently permitted Defendant Christopher Vance to adopt Bibi.

44.     On February 28, 2017, Director Miles and Jane Does 1-10 negligently ordered the sterilization of Bibi by Dr. Travis.

45.      As a direct and proximate result of each of the Government Defendants' failure to notify Plaintiff, Plaintiff was unable to rescue Bibi from the terrible fate of sterilization and adoption by Defendant Christopher Vance.

46.     As a direct and proximate cause of the negligent execution of his and her duties, Director Miles' and Jane Does 1-10 caused the destruction of the economic value of Bibi and deprived Plaintiff from any and all foreseeable income from the breeding of Bibi.

47.     As a direct and proximate cause of the negligent execution of his and her duties, the Government Defendants caused Plaintiff to suffer the loss of a beloved friend and companion.

48.     As a direct and proximate result of the negligent execution of his and her duties, the Government Defendants caused Plaintiff to suffer loss of sleep and debilitating anxiety with the worry and fret about the care and custody of his beloved Bibi.

49.     Plaintiff has been damaged by the negligence of the Government Defendants in an amount to be proved at trial, but not in excess of any and all liability insurance policies held by any and/or all Government Defendants.

## COUNT III – REPLEVIN

50.     Plaintiff realleges and reasserts each and every allegation and assertion in Paragraphs 1 to 49 as if state here word for word.

51.     Plaintiff purchased Bibi on May 24, 2016 and to date is the rightful owner of Bibi.

52.     Defendants Director Miles and Jane Does 1-10, without right, transferred possession of Bibi to Defendant Christopher Vance on February 24, 2017.

53.     Defendant Christopher Vance, without right, took possession of Bibi on February 24, 2017 and, despite demand by Plaintiff, refuses to return Bibi to Plaintiff.

54.     Defendant Christopher Vance, without right, transferred possession of Bibi to Defendant Delores Lovell.

55.     Defendant Delores Lovell, without right, currently has possession of Bibi and should be ordered to deliver possession of Bibi to Plaintiff forthwith.

56.     Plaintiff has a valid right to petition a court of competent jurisdiction for an order of delivery of Bibi; yet, Defendants Director Miles and Jane Does 1-10 willfully and knowingly damaged Bibi by sterilizing her.

57.     Plaintiff is without knowledge of whether Bibi Defendant Christopher Vance and/or Defendant Delores Lovell willfully and knowingly damaged Bibi, but reserves the right to amend this pleading to include damage caused by them.

WHEREFORE, Plaintiff, Darryl Lunon prays

10

a.  for judgment against Pulaski County; Pulaski County Sanitation & Animal Services; Kathy Botsford, in her official capacity as Director of Pulaski County Sanitation & Animal Services; Jonathan Dupree, in his official capacity as an employee of Pulaski County Sanitation & Animal Services; Jane Does 1-10, in his or her official capacity as employees of Pulaski County Sanitation & Animal Services; North Little Rock, North Little Rock Animal Control; David N. Miles, III, in his official capacity as Director of North Little Rock Animal Control; John Does 1-10, in his or her official capacity as employees of North Little Rock Animal Control for money damages to the extent that any and/or all of them are covered by liability insurance, for which each shall be liable jointly and severally; and

b.  for judgment against Christopher Vance and Deloris Lovell for damages to Bibi Von Sonnenberg caused while in his or her possession, for which each shall be liable jointly and severally; and

c.  for an order of delivery ordering Christopher Vance and/or Deloris Lovell to forthwith deliver possession of Bibi Von Sonnenberg, a bi-color, purebred, female, German Shepard Dog with certified pedigree to Plaintiff Darryl Lunon; and

d.  for an order directing the Clerk of the Court to issue notice to the Defendants that an order of delivery of Bibi Von Sonnenberg, a bi-color, purebred, female, German Shepard Dog with certified pedigree is sought; and

e.   for all other just and proper relief to which Plaintiff may be entitled.

Respectfully submitted,

Darryl Lunon, Plaintiff

By:     /s/ Kenya G. Davenport, Esq.
Kenya G. Davenport, Esq. (ABN 2011226)

Davenport Law, PLLC
300 South Spring Street, Suite 400
Little Rock, Arkansas 72201
Ofc: 501.801.5885     Fax: 501.801.5886
Email: kdavenport@dportlaw.com

*Attorney for Plaintiff*

## **VERIFICATION**

I, Darryl Lunon, Plaintiff, herein, state that I have read the above and foregoing Complaint and, to the best of my knowledge, the facts contained therein are true and correct.

SWORN TO by me this 16 day of June , 20 17 .


_Darryl Lunon, Plaintiff_

SUBSCRIBED AND SWORN TO before me, a Notary Public, this 16th day of June , 20 17 .

_Notary Public_

My Commission Expires:

May 6, 2026

> JESSICA LOWERY
> PULASKI COUNTY
> NOTARY PUBLIC -- ARKANSAS
> My Commission Expires May 6, 2026
> Commission No. 12697711

 **AMERICAN KENNEL CLUB®**

8051 Arco Corporate Drive
Suite 100
Raleigh, NC 27617-3390
www.akc.org

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19 14:11:21
60CV-17-3097
C06D09 : 1 Page

July 1, 2016

DARRYL W LUNON
9404 BRITTANY POINT DR
LITTLE ROCK AR 72206-4284

Congratulations on your new German Shepherd Dog and welcome to the world of purebred dogs. Your AKC registration dollars support numerous AKC efforts to benefit dogs and dog owners. By registering your dog with the AKC, you supported valuable programs such as Canine Search-and-Rescue, the AKC Canine Health Foundation, the AKC Kennel Inspection Program, public education, canine legislation, and DNA parentage verification.

The cost of veterinary care has increased dramatically in recent years and AKC Pet Insurance helps you pay your vet bills if your pet has an accident or illness. Call PetPartners at 1-866-725-2747 or visit www.ackpetinsurance.com for more information on the affordable pet insurance coverage available for AKC registered dog owners.

AKC registration provides wonderful opportunities for every purebred dog lover. The AKC Canine Good Citizen® program is an outstanding way to train your dog in basic obedience, valuable for every family. In addition, many dog owners enjoy the thrill of participating in AKC activities, shows and trials throughout the country. I invite you and your dog to get involved with the AKC!

Please note, if you ordered multiple items at the time of registration, they will be mailed separately and should arrive shortly. These include the AKC Certified Pedigree, the Dog Care and Training video, *Family Dog* magazine, and the AKC collar tag. If you did not order a Pedigree, you still have the opportunity to do so. An order form is provided on the back of this letter.

All of us want to be responsible dog owners. To help, the AKC offers a wealth of information at www.akc.org. Our site lists national and local dog clubs and AKC Canine Good Citizen® evaluators. Please visit us online and on Facebook and Twitter. If we can be of further service to, please contact us by phone at 919-233-9767 or by email at info@akc.org.

Sincerely,

*Dennis B. Sprung*

Dennis B. Sprung
President and Chief Executive Officer

*See terms and conditions for a full description through PetPartners, Inc. Coverage is offered by PetPartners, Inc. to all U.S. residents and is underwritten by American Pet Insurance Company, 907 NW Ballard Way, Seattle WA 98107-4607.

*Please separate below and keep for your records.*

---

## AMERICAN KENNEL CLUB

**NAME**
BIBI VON SONNENBERG

**NUMBER**
DN45569504

**BREED**
GERMAN SHEPHERD DOG

**SEX**
FEMALE

**COLOR**
BI-COLOR

**DATE OF BIRTH**
APRIL 11, 2016

**SIRE**
ENZO VOM SPITZENHUND
DN36882603 10-14 OFA24G OFEL24

**DAM**
ALEXIS VON NORDSTERN HOF
DN26588202 03-13 OFA27G OFEL27

**BREEDER**
KARON MELILLO DEVEGA

 **AMERICAN KENNEL CLUB®**

**CERTIFICATE ISSUED**
JUNE 30, 2016
*This certificate invalidates all previous certificates issued.*

**OWNER**



If a date appears after the name and number of the sire and dam, it indicates the issue of the Stud Book Register in which the sire or dam is published.

For Transfer instructions, see back of Certificate.

*This Certificate issued with the right to correct or revoke by the American Kennel Club.*

DARRYL W LUNON
9404 BRITTANY POINT DR
LITTLE ROCK AR 72206-4284

**REGISTRATION CERTIFICATE**

ELECTRONICALLY FILED
Pulaski County, Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19  14:11:21
60CV-17-3097
C06D09 : 1 Page



# German Shepherd Dogs

**KARON MELILLO DEVEGA**
PO Box 7005
Missoula, MT 59807-7005
1.406.726.DOGS
Email:      stzarz@msn.com
Website:   vonsonnenberg.com

## SALES CONTRACT & WARRANTY

Whereas Karon Melillo DeVega, hereinafter referred to as **SELLER**, agrees to Sell and otherwise convey and Transfer Ownership unto: Darryl W. Lunon, hereinafter referred to as **BUYER**, the following German Shepherd Dog:

Breed: GERMAN SHEPHERD DOG
Von Sonnenberg "Bb" Litter Birth ID Ribbon: "Purple"      TATTOO ID: EA4B
AKC Registered Name:   BIBI VON SONNENBERG
AKC Registration Number: DN45569504              AKC Registration Type: AKC Full Registration
Sex/Gender: Female          Date of Birth: 11 April 2016      Breeder: Karon Melillo DeVega

SIRE: ENZO VOM SPITZENHUND        - AKC Registration Number: DN36882603
DAM: ALEXIS VON NORDSTERN HOF   - AKC Registration Number: DN26588202

for the consideration of $1800USD + $500USD Delta Airlines Shipping
TOTAL PAID TO DATE: $2200USD
BALANCE DUE: $100USD

Furthermore, SELLER agrees to Warrant the following:
1. That this German Shepherd Dog is Purebred and is already Registered with the AKC.
2. AKC Registration Certificate, AKC Certified Pedigree & Health Record will be mailed to BUYER via USPS.
3. That this German Shepherd Dog is not suffering from any congenital defects or disease.
4. SELLER does not Warranty this dog is free of all AKC Show disqualifying faults.
5. SELLER does Warranty  that this German Shepherd Dog will OFA Certify on Hips & Elbows at age 2 years.
6. BUYER agrees to have this puppy examined by a Licensed Veterinarian within 7 days after possession.

AGREED UPON THIS DATE: 24 May 2016

Signature:  SELLER: Karon Melillo DeVega        BUYER/New Owner: _____
Address:     PO BOX 7005
                 Missoula, Montana 59807
                 _Karon Melillo DeVega_          Address: _____
Telephone: 1.406.726.3647                City: _____ State: ____ Zip: _____
Email: stzarz@msn.com                    Telephone: _____
                                          Email: _____

**EXHIBIT**
**2**
ALL-STATE LEGAL®

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19  14:11:21
60CV-17-3097
C06D09 : 3 Pages



**| Veterinary**

# Degenerative Myelopathy DNA Test

Case Number: **75730**

Owner: **Darryl Lunon**
**9404 Brittany Point Dr**
**Little Rock AR 72206**

Canine Information

DNA ID Number: **115093**
Call Name: **Bibi**
Sex: **Female**
Birthdate: **04/11/2016**
Breed: **German Shepherd Dog**
Coat Color: **Bi-color Black & Red**
Registered Name: **Bibi Von Sonnenberg**
Registration Number: **DN45569504**
Microchip/Tattoo: **985112007347173/EA4B**

Report Date: 6/22/2016
DNA Result: **Clear (2 copies of the normal allele)**

_Matt Shaunessy_
Matt Shaunessy, Senior Scientist



969112007
347 173

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19 14:11:21
60CV-17-3097
C06D09 : 1 Page

**Dispatch Agency: PULASKI CO. SHERIFF'S OFFICE   Call Number: 2017003516**

Agency Involved: PULASKI CO. SHERIFF'S OFFICE   Agency Call Number: 2017003516

| | Date | Time | Location Address Information |
|---|---|---|---|
| Received | 2/15/17 | 12:32:58 | 13 MASONS RIDGE RD |
| Dispatched | 2/15/17 | 12:36:25 | LITTLE ROCK |
| Enroute | 2/15/17 | 12:36:40 | PULASKI |
| Arrived | 2/15/17 | 13:07:34 | Call Reported From: Telephone:    (501)   366-0779 |
| Under Control | | | 13 MASONS RIDGE RD |
| Completed | 2/15/17 | 13:19:10 | WILL QUINN |
| | | | Third Party: |

| Signal | ANIMA | ANIMAL PROBLEMS |
|---|---|---|
| Reference Signal | ANIMA | ANIMAL PROBLEMS |
| Actual Signal | ANIMA | ANIMAL PROBLEMS |

| Extra Phone 1: | | Extra Phone 2: | |
|---|---|---|---|
| Citations Issued | Weapon How Received: | License No: | Created: New |

DISPOSITIONS/NOTIFIEDS

DISPOSITION: PCSO HBO                     NOTIFIED: NONE SELECTED

Notes:
PC3019 02/15/2017 12:34:18: large dog got into his garage and is being aggressive
PC3019 02/15/2017 12:35:58: animal control dupree was contacted

**Parties Involved:**

| Name: | Eqp. No.: | ID Number | Party | Dispatched | Enroute | Arrived | Completec |
|---|---|---|---|---|---|---|---|
| MARTINEZ, SAMANTHA | C15 | PC3019 | R | | | | |
| MCAVOY, KELLE | C12 | PC2605 | D | | | | |
| WEAVER, RODNEY | P85 | PC2148 | A | 12:36:25 | 12:36:40 | 13:07:34 | |
| WHEELER, RICKY | P82 | PC4389 | B | 13:05:52 | 13:07:37 | 13:08:08 | |



**North Little Rock Animal Control**
# 1 CHAMPIONSHIP DRIVE
NORTH LITTLE ROCK, AR  72118
Phone: (501) 791-8577

**Find a Friend for Life**

## Kennel Card

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
-19  14:11:21
-17-3097
0 : 1 Page

*"Bale"*

R# 32107
#100.ºº cash
Adopted.
Christopher
Vance

## Animal Profile
Pet Name
Species                 **DOG  ID#: 39898**
Primary Breed           **GERMAN SHEPHERD**
Crossbreed
Age                     **YOUNG ADULT**
Gender           f6     **MALE/NOT STERILIZED**
Color                   **BLACK / BROWN**
Size                    **LARGE**

*V W B    2-22-17*

*H W  Test  Neg 2.22*

## Case Information
Case ID          **02-15-2017  6**        Status        **HOLDING**
Shelter ID/Kennel                          Re-evaluate   **02-21-2017**
Arrival Date     **02-15-2017**            Collar Type   **FABRIC**
Arrival Reason   **RUNNING AT LARGE**      Collar Color  **RED**
Transport        **ACO PICKUP**            City Tag
ACO              **JONATHAN DUPREE**       Vacc ID
Area             **PULASKI COUNTY SOUTH**  Microchip

## Notes
**MASON RIDGE ROAD**

DATE:_____  ACO: _____  COMMENTS:

DATE:_____  ACO:_____  COMMENTS:

DATE:_____  ACO:_____  COMMENTS:

DATE:_____  ACO:_____  COMMENTS:

**State Law requires all dogs & cats that are adopted be sterilized !**
Printed by operator 12501 using Shelter Pro, 02-15-2017 02:43:30 PM


EXHIBIT
5

$60.00
cash
R # 32107



**NORTH LITTLE ROCK**
**ANIMAL CONTROL**
P.O. Box 5757
North Little Rock, Arkansas 72119-5757
501-791-8577

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19 14:11:21
60CV-17-3097
C06D09 : 1 Page

DATE: 02/24/17

AGENT: J Berns

**TOO YOUNG TO STERILIZE**

YES _____    NO ✓

## PET ADOPTION CONTRACT
### ** A PICTURE I.D. IS REQUIRED ON ALL ADOPTIONS **

ADOPTER LAST Vance    FIRST Christopher    M _____

ADDRESS 6701 Hwy 70

CITY NLR    STATE AR    ZIP 72118

PHONE HOME ████    WORK ████

DRIVER'S LICENSE NO. ████    DOB 04/12/15 (MUST BE OVER 21)

BREED German Shepherd    CTL # 39898

DESCRIPTION Black / Tan,    SEX M (F)

APPROX. AGE: 1 YEARS _____ MONTHS _____ WEEKS    BORDATELLA DATE: 2-22-17

VACCINATION DATE: CANINE 4-1 _____ FELINE 3-WAY _____ HEART WORM TEST DATE 02-22-17

WORMED YES ✓ NO _____ DATE 2-22-17 MICROCHIPPED YES _____ NO ✓ # _____

STERILIZATION AND RABIES VACC. DATE 02/28/17

VETERINARIAN & CLINIC NAME Dr. Travis NLR Animal Shelter

PHONE 501-791-8577 ADDRESS 1 championship DR.

### ** CONSULT YOUR VETERINARIAN ABUT ALL FOLLOW-UP VACCINES AND TREATMENT **

### ** IMPORTANT !!! READ BEFORE SIGNING **

1. I, the undersigned, certify that this information is true and correct.
2. I hereby acknowledge receiving the above described animal.
3. I agree to have the animal sterilized and receive a Rabies Vaccination performed by a licensed veterinarian. Based on ARKANSAS CODE AM. 20-19-103 et. seq., ARKANSAS ACT 994 OF 2011, NLR CITY ORD. #7403.
4. I agree that I will not give the animal away until it is sterilized.
5. I agree that if the animal becomes deceased I will provide proof of its death.
6. I agree to provide proper food, water, adequate shelter and kind treatment at all times.
7. I agree to license the animal in compliance with the laws and ordinances in force where the animal is kept.
8. I agree that if I fell to comply with the contract or have given any fraudulent information, ownership of the animal will revert back to the North Little Rock Animal Control and the animal may be confiscated without interference.
9. I agree that the North Little Rock Animal Control has my permission to enter onto my property with our without prior notice to verify this information.
10. I agree that if I can no longer care for the animal I will notify the North Little Rock Animal Control.
11. I understand that the North Little Rock Animal Control cannot guarantee the health, temperament or training of the animal and hereby agree to release the North Little Rock Control from all liability once the animal is adopted.
12. I agree to not hold the attending veterinarian responsible should injury or death occur as a result of surgery or vaccination.
13. I have read this section, and I completely understand and accept the rights and obligations involved.

PRINT NAME: Christopher Vance    DATE 2-24-17

SIGNATURE OF ADOPTER: _____

EXHIBIT 6

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19 14:11:21
60CV-17-3097
C06D09 : 2 Pages

April 5th, 2017

TO:     Mr. Darryl w. Lunon

9404 Brittany Point Dr.

Little Rock, AR 72206

FROM:   David N. Miles III

Director, NLR Animal Control

RE:     AFOIA Request

Mr. Lunon,

Attached is the Proof of Sterilization Form which gives the name and address of the person who adopted
the German Shepard you call Bibi Von Sonnenberg. The name of the Veterinarian who performed the
sterilization is on the Proof of Sterilization Form as well. The surgery was done here at the NLR Animal
Shelter- our address is at the top.

Sincerely,

David N. Miles III

Director, NLR Animal Control



North Little Rock Animal Control
# 1 CHAMPIONSHIP DRIVE
NORTH LITTLE ROCK, AR  72118
Phone: (501) 791-8577

**Find a Friend for Life**

## Proof of Sterilization



**Christopher Vance**
**6701 Hwy 70**
**North Little Rock, AR  72118**

| | |
|---|---|
| Species | **DOG  ID#: 39898** |
| Pet Name | |
| Primary Breed | **GERMAN SHEPHERD** |
| Crossbreed | |
| Gender | **FEMALE** |
| Primary Color | **BLACK** |
| Second Color | **BROWN** |

| | |
|---|---|
| Veterinarian | **DVM, DR. MIKKI TRAVIS** |
| Procedure | **SPAY/NEUTER** |
| Procedure Date | **02-28-2017** |

This dog was sterilized on _____ *2-28-17* _____

By _*DR. MIKKI TRAVIS DVM*_ at the North Little Rock Animal Shelter's Spay/Neuter Clinic.

State Law requires all dogs & cats that are adopted be sterilized !
Printed by operator 4 using Shelter Pro, 04-05-2017 09:59:30 AM

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19  14:11:21
60CV-17-3097
C06D09 : 1 Page



# Lost dog



### Dog Information

| | | | |
|---|---|---|---|
| Name | Bibi Von Sonnenberg | Sex | Female |
| Breed | German Shepherd | Color | Bi-Color |
| Age | 10 months | Hair | Black with brown under bottom |

Markings/ Distinguishing Characteristics

### Contact Information

| | | | |
|---|---|---|---|
| Name | Darryl Lunon | Phone | 501 960-7933 text or call |
| | | E-Mail | dwlunon@earthlink.net |
| Address | | Home Phone 501 888-4404 | |

### Last Seen

| | | | |
|---|---|---|---|
| Location | Arch Street & Dixon Road | Date | February 15, 2017 |

### Story

She ran off around 10 pm on February 15, 2017. She had on a brown collar with her name and phone number. She has microchip and tattooed on ears.



**Pulaski County Animal Services**

3403 W. 33RD STREET
LITTLE ROCK, AR 72204
Phone: (501) 210-7508

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19 14:11:21
60CV-17-3097
C06D09 : 1 Page

SAVE A LIFE, SPAY AND NEUTER YOUR PETS

## Incident REPORT

| | | | |
|---|---|---|---|
| Incident ID: | 6789 | | |
| Status: | Complete | Printed: | 03-23-2017 10:19:05 AM |

### Origination

| | | |
|---|---|---|
| Date: | 03-20-2017 09:53:20 AM | **Citizen Making Report** |
| Logged by: | Jonathan 125 Dupree | **Will Quinn** |
| Area: | SOUTH | **13 Mason Ridge Road** |
| Location: | 13 Mason Ridge Drive,  Little Rock, AR  72201 | Little Rock, AR  72201 |
| Reason: | Assist A Citizen,Assist An Agency,Stray At-large | |
| **Notes:** | | Home: (501) 888-1354 |
| No Notes | | |

Owner of animal at origination
**Darryl Lunon**                          Home: (501) 888-4404
**9404 Brittany Point Drive**
**Little Rock, AR  72201**

### Dispatch and Outcome

| | | | | | |
|---|---|---|---|---|---|
| Assigned: | 03-20-2017 09:54:22 AM | Officer: | **Jonathan 125 Dupree** | Priority | 1 |
| Arrived at location: | | | | | |
| Final Outcome: | 03-20-2017 09:54:26 AM | Outcome: | **Animal Picked Up** | | |

### Officer/Outcome Notes for Incident ID: 6789

------------------------------------------------------------------------

Note ID: 10728          Date: 03-20-2017 09:54:27 AM          Aco Report from Aco.Jonathan 125 Dupree
02-15-2017 JONATHAN DUPREE responded to a dog in a garage. I picked the dog up and took it to the NORTH LITTLE ROCK ANIMAL SHELTER.

03-20-2017 The owner of the dog came by PULASKI COUNTY ANIMAL SERVICE to try and find his dog a month after the dog was picked up. We informed him that we took the dog to the NORTH LITTLE ROCK ANIMAL SHELTER, while Mr Darryl Lunon was in our office Fred Gooley called NRL Animal control to try and locate the dog. NLR Animal control informed us that they have already adopted the dog out. Pulaski County Animal Service gave Mr. Lunon the information to NLR so that he can be better informed by the agency that adopted the dog.

------------------------------------------------------------------------

Note ID: 10748          Date: 03-21-2017 09:50:22 AM          Dispatch from Dispatch.Jonathan 125 Dupree
02-15-2017 DISPATCH CALLED PULASKI COUNTY ANIMAL SERVICE IN REGARDS OF A HOME OWNER THAT HAS A STRAY DOG IN HIS GARAGE AND HE WANTS THE DOG PICKED UP.

------------------------------------------------------------------------

### Animal Information - Animal Number:     1

| | | | | |
|---|---|---|---|---|
| Species | **DOG  ID#: 2216** | Pet Name | | **Current Owner** |
| Breed | **GERMAN SHEPHERD** | Vaccinations | | |
| Crossbreed | | Vacc ID | | |
| Gender | **UNKNOWN/NOT STERILIZED** | Microchip | | |
| Color | **BLACK/BROWN** | Registration | | |
| Age | **ADULT** | Collar Type | | |
| Size | **LARGE** | Collar Color | | |

**End of Incident Report 6789**

EXHIBIT
**1**
ALL-STATE LEGAL®

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Jun-19 14:11:21
60CV-17-3097
C06D09 : 1 Page



# DAVENPORT LAW, PLLC

www.dportlaw.com

**Kenya Gordon Davenport, Esq.**
**Principal Attorney**

300 S. Spring Street, Ste. 300
Little Rock, Arkansas 72201
Ofc. 501.801.5885
Fax. 501.801.5886
Text 501.554.9006
Sender's Email: kdavenport@dportlaw.com

April 12, 2017

Christopher Vance
6701 Hwy 70
North Little Rock, Arkansas 72118

Dear Mr. Vance:

RE: Lawsuit regarding German Shepard, BiBi Von Sonnenberg

I represent Darryl W. Lunon in the impending legal action regarding his German Shepard, BiBi
Von Sonnengerg. I have advised Mr. Lunon that his lawsuit should be against North Little Rock
Animal Control and Pulaski County Animal Services. At this point, you are not a proposed
Defendant in Mr. Lunon's lawsuit, but I understand that you are in possession of BiBi Von
Sonnengerg.

I write now to give you the opportunity to return the canine to Mr. Lunon. If you do so within
three (3) days of the date of this letter you will not be named in any lawsuit regarding the canine.
If you do not return the canine to Mr. Lunon within this timeframe, I suggest you retain the
services of an attorney, as you will be named as a defendant in this lawsuit as being guilty of
unlawfully detaining Mr. Lunon's personal property and may be liable for money damages.

If you are currently represented by an attorney, please forward this letter to him or her. If you
are not currently represented and you have questions, please do not hesitate to contact me
directly.

Sincerely,

Kenya G. Davenport, Esq.

Cc: Client



EXHIBIT
10