ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Sep-05 11:53:00
60CV-17-3097
C06D09 : 2 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## NINTH DIVISION

**DARRYL LUNON**                                                                **PLAINTIFF**

v.                     Case No. 60CV-17-3097

**CHRISTOPHER VANCE; DELORIS LOVELL;**        **DEFENDANTS**
**PULASKI COUNTY; PULASKI COUNTY**
**SANITATION & ANIMAL SERVICES; KATHY**
**BOTSFORD, in her official capacity as Director of**
**PULASKI COUNTY SANITATION & ANIMAL**
**SERVICES; JONATHAN DUPREE, in his official**
**capacity as an employee of PULASKI COUNTY**
**SANITATION & ANIMAL SERVICES; JANE**
**DOES 1-10, in his or her official capacity as**
**employees of PULASKI COUNTY SANITATION &**
**ANIMAL SERVICES; NORTH LITTLE ROCK,**
**NORTH LITTLE ROCK ANIMAL CONTROL;**
**DAVID N. MILES, III, in his official capacity as**
**Director of NORTH LITTLE ROCK ANIMAL**
**CONTROL; JOHN DOES 1-10, in his or her official**
**capacity as employees of NORTH LITTLE ROCK**
**ANIMAL CONTROL.**

### ORDER FOR DELIVERY OF POSSESSION

On August 31, 2017 before the Court came Plaintiff, Darryl Lunon's Complaint for Replevin and Petition for an Order of Delivery. Plaintiff appeared in person and represented by Kenya G. Davenport, Esq., Separate Defendants Christopher Vance appeared in person and represented by Terry Ballard, Separate Defendant Deloris Lovell did not appear despite being given lawful notice.

The Court finds that upon the evidence presented that Plaintiff is the lawful owner and is therefore entitled to immediate possession of Bibi Von Sonnenberg, a bi-color, purebred, female, German Shepard Dog with certified pedigree and otherwise identified by microchip number 98512007347173.

Separate Defendants Christopher Vance and Deloris Lovell are ordered to deliver the property identified herein to Plaintiff at Little Rock Police Station located at 6401 Baseline Rd, Little Rock, Arkansas 72209 on September 6, 2017

at 4:00 a.m. / p.m.

MSM

SO ORDERED this 5th day of September, 2017.

_____
CIRCUIT JUDGE

By:
Kenya G. Davenport, Esq.
Davenport Law, PLLC
300 South Spring Street, Suite 400
Little Rock, Arkansas 72201
Ofc: 501.801.5885    Fax: 501.801.5886
Email: kdavenport@dportlaw.com