IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARRYL LUNON**                                                                         **PLAINTIFF**

v.                     **CASE NO. 4:17-CV-00623 BSM**

**CHRISTOPHER VANCE, et al.**                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE